KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (CA State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile:  (303) 571-4321
Email:      *dsipiora@kilpatricktownsend.com*

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile:  (650) 326-2422
Email:      *rartuz@kilpatricktownsend.com*

Attorneys for Defendant
LSI CORPORATION

Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
Reed Smith LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3659
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
Email: carinatan@reedsmith.com
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:   (650) 352-0500
Facsimile:   (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IT IS SO ORDERED
Judge Edward J. Davila
7/31/2012

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>LSI CORPORATION,<br><br>             Defendant. | Case No. C 12-03437 EJD<br><br>**JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S COMPLAINT** |

Pursuant to Civil Local Rules 6-1 and 6-2, the parties hereto, by and through their counsel of record, hereby stipulate to an enlargement of time of 30 days for Defendant LSI CORPORATION to respond to the Complaint of Plaintiff, REALTEK SEMICONDUCTOR CORPORATION from

///

1  Thursday, August 2, 2012 to and including Tuesday, September 4, 2012.

2  Dated:  July 30, 2012                    Respectfully submitted,

3                                           KILPATRICK TOWNSEND & STOCKTON LLP

4

5
                                            By:  /s/ *Robert J. Artuz*
6                                                David E. Sipora
                                                 Robert J. Artuz
7
                                                 Attorneys for Defendant,
8                                                LSI CORPORATION

9  Dated:  July 30, 2012                    Respectfully submitted,

10                                          REED SMITH LLP

11

12
                                            By:  /s/ *Adrian Sue Shin*
13                                               Adrian Sue Shin

14                                               Attorneys for Plaintiff,
                                                 REALTEK SEMICONDUCTOR CORPORATION
15

16

17                              **FILER'S ATTESTATION**

18       I, Robert J. Artuz, am the ECF User whose identification and password are being used to file

19  this JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO REALTEK

20  SEMICONDUCTOR CORPORATION'S COMPLAINT.  In compliance with General Order

21  45.X.B., I hereby attest under penalty of perjury that the other above-named signatories concur in

22  this filing.

23
                                            By:  */s/ Robert J. Artuz*
24                                               Robert J. Artuz

25  64457721v.1

26

27

28