Steven S. Baik (SBN 184622)
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
Email:  *sbaik@sidley.com*

Attorney for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

Robert J. Artuz (State Bar No. 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:  *rartuz@kilpatricktownsend.com*

Jeffrey M. Connor (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email:  *jmconnor@kilpatricktownsend.com*

Attorneys for Defendant
LSI CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LSI CORPORATION<br><br>　　　　　Defendants. | Case No. 5:12-CV-03437-EJD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge: Honorable Edward J. Davila |

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 7/30/2015

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Realtek Semiconductor Corporation ("Realtek") and Defendant LSI Corporation ("LSI") jointly stipulate to the dismissal with prejudice of all claims and counterclaims in the above-captioned action.

This action is currently stayed pursuant to the Court's November 2, 2012 order.  (ECF 30.)  On October 27, 2014, Realtek provided notice of the Final Resolution of International Trade Commission Investigation No. 337-TA-859.  (ECF 31.)  On July 27, 2015, Realtek and Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") reached an agreement resolving certain matters between Realtek, Avago, and their affiliates, including the above-captioned action and the appeal.  LSI is an affiliate of Avago.  Accordingly, Realtek and LSI hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, and with each party to bear its own fees and costs.

DATED:  July 28, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP

By: *Steven S. Baik*
Steven S. Baik
Attorney for Plaintiff
*REALTEK SEMICONDUCTOR CORPORATION*

KILPATRICK TOWNSEND & STOCKTON LLP
By: *Jeffrey M. Connor*
Jeffrey M. Connor

Attorneys for Defendant
*LSI CORPORATION*